**Attachment 1: Terms and Conditions of Probation**

The defendant's term of probation shall include the following mandatory and discretionary special conditions.

**1.** The defendant shall not commit another federal, state, or local crime.

**2.** The defendant shall notify the Probation Officer within 72 hours of any criminal prosecution against the defendant.

**3.** The defendant shall answer truthfully all inquiries by the Probation Officer.

**4.** The defendant shall provide to the Probation Officer full access to any of defendant's business operating locations.

**5.** The defendant shall give ten days prior notice to the Probation Officer of any intended change in principal business location or mailing address.

**6.** The defendant shall notify the Court and the Probation Officer of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay the fines and other financial obligations defendant is ordered to satisfy as a condition of probation.

**7.** The defendant shall pay the fines imposed by this judgment.

**8.** The defendant shall comply with all of the terms and conditions of the order attached to this J&C. The order contains the special terms and conditions of probation contained in the proposed order attached as Exhibit B to the parties' plea agreement.

The terms of the order include the payment of $2.744 billion dollars, consisting of $350 million to the National Academy of Sciences and $2.394 billion to the National Fish and Wildlife Foundation to be paid in accordance with the schedule and for the purposes specified by the terms of the order. The defendant must also satisfy all of the other terms and conditions set forth in the order.